# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAMBI WOJTASZEK, et al, | : |
| Plaintiffs, | : |
| v. | :    3:17-CV-1888 |
| | :    (JUDGE MARIANI) |
| BALD EAGLE FUEL & TIRE, INC. | : |
| Defendant. | : |

## ORDER

A case management conference was conducted in the above-captioned matter on December 19, 2017. Participating on behalf of Plaintiffs was Peter D. Winebrake. Participating on behalf of Defendant was Debora O'Neill. The purpose of this Order is to set forth the pretrial schedule established as a result of the conference.

AND NOW, THIS 19th DAY OF DECEMBER, 2017, IT IS HEREBY ORDERED THAT:

1. Motions to join additional parties shall be filed no later than **February 28, 2018.**

2. Motions to amend the pleadings shall be filed no later than **February 28, 2018.**

3. Additional fact discovery deadlines, potentially dispositive motions deadlines, expert reports deadlines, expert discovery deadlines and supplementations, if any, will **STAYED** until the Court's ruling on Plaintiffs' class certification motion or June 15, 2018, whichever date is earlier, at which time the parties shall contact the Court to convene a conference call in order to set all remaining pretrial deadlines.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge